**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SCENTSY, INC., an Idaho corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>B.R. CHASE, L.L.C., a Utah limited liability company; and HARMONY BRANDS, L.L.C., a Utah limited liability company,<br><br>        Defendants. | Case No.  1:11-cv-00249-BLW<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL** |

       The Stipulated Motion to Seal, having been timely filed by the parties pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 5.3, and the Court, having reviewed the Stipulated Motion and the pleadings and records on file herein, being fully apprised, and good and sufficient cause appearing therefor,

       IT IS HEREBY ORDERED that the parties' Stipulated Motion to Seal (Dkt. 40) is GRANTED in all respects, and Defendants may file the following documents under seal as information contained therein is presently designated as CONFIDENTIAL – ATTORNEYS

ORDER GRANTING STIPULATED MOTION TO SEAL - 1

EYES ONLY pursuant to the Protective Order (Dkt. No. 27): (1) the documents attached as Exhibit A to the Declaration of John N. Zarian in Support of Defendants' Discovery Motions Regarding Jeffery Palmer; (2) excerpts from the transcript of the deposition of Jeffery Palmer taken on July 27, 2012; and (3) the Memorandum in Support of Defendants' Discovery Motions Regarding Jeffery Palmer.

DATED: August 14, 2012

B. Lynn Winmill
Chief Judge
United States District Court