Ryan T. McFarland, ISB No. 7347
SCENTSY, INC.
P.O. Box 1335
Meridian, ID 83680
Telephone: 208.895.1291
Facsimile: 208.895.1270
Email: rmcfarland@scentsy.com

Bradlee R. Frazer, ISB No. 3857
Jason D. Scott, ISB No. 5615
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5216
Email: bfrazer@hawleytroxell.com
       jscott@hawleytroxell.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCENTSY, INC., an Idaho corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>B.R. CHASE, L.L.C., a Utah limited liability company; and HARMONY BRANDS, LLC, a Utah limited liability company,<br><br>　　　　Defendants. | Case No. 1:11-cv-00249-BLW<br><br>DECLARATION OF RYAN T. MCFARLAND IN SUPPORT OF SCENTSY'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Ryan T. McFarland declares and states:

1.　I am an in-house attorney and counsel of record for Plaintiff Scentsy, Inc. in this above-captioned action.

2.　Attached hereto as Exhibit A are true and correct copies from the transcript of Eric Ritter's deposition, taken in this above-captioned action on August 23, 2012.

DECLARATION OF RYAN T. MCFARLAND IN SUPPORT OF SCENTSY'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1

3. Attached hereto as Exhibit B are true and correct copies from the transcript of Julie Stewart's deposition, taken in this above-captioned action on July 31, 2012 and October 29, 2012.

4. Attached hereto as Exhibit C are true and correct copies from the transcript of Katie Jensen's deposition, taken in this above-captioned action on August 22, 2012.

5. Attached hereto as Exhibit D are true and correct copies from the transcript of Becky Preece's deposition, taken in this above-captioned action on August 27, 2012.

6. Attached hereto as Exhibit E are true and correct copies from the transcript of Yvonne Juarez's deposition, taken in this above-captioned action on November 15, 2012.

7. Attached hereto as Exhibit F are true and correct copies from the transcript of Darin Bishop's deposition, taken in this above-captioned action on November 14, 2012.

8. Attached hereto as Exhibit G are true and correct copies from the transcript of Mark Stastny's deposition, taken in this above-captioned action on July 30, 2012.

9. Attached hereto as Exhibit H are true and correct copies from the transcript of Orville Thompson's deposition, taken in this above-captioned action on September 4, 2012.

10. Attached hereto as Exhibit I are true and correct copies from the transcript of Heidi Thompson's deposition, taken in this above-captioned action on September 6, 2012.

11. Attached hereto as Exhibit J are true and correct copies from the transcript of Benjamin Chase's deposition (testifying as Harmony Brands, LLC's ("Harmony") Rule 30(b)(6) designee), taken in this above-captioned action on October 3, 2012, along with the exhibits to that deposition referenced in the excerpts (the transcript is redacted, per agreement with counsel for Harmony).

12. Attached hereto as Exhibit K are portions of exhibit 5 and all of 21 to Chase's deposition.

13. Attached hereto as Exhibit L is exhibit 12 to Chase's deposition.

14. Attached hereto as Exhibit M is exhibit 13 to Chase's deposition.

15. Attached hereto as Exhibit N is exhibit 17 to Chase's deposition.

16. Attached hereto as Exhibit O is exhibit 18 to Chase's deposition.

17. Attached hereto as Exhibit P is a portion of exhibit 23 to Chase's deposition.

18. Attached hereto as Exhibit Q is exhibit 25 to Chase's deposition.

19. Attached hereto as Exhibit R is exhibit 27 to Chase's deposition.

20. Attached hereto as Exhibit S is exhibit 28 to Chase's deposition.

21. Attached hereto as Exhibit T is a portion of exhibit 32 to Chase's deposition.

22. Attached hereto as Exhibit U are true and correct copies from the transcript of Dave Hendrickson's deposition (testifying as Harmony's Rule 30(b)(6) designee), taken in this above-captioned action on October 4, 2012, along with the exhibits to that deposition referenced in the excerpts (the transcript is redacted, per agreement with counsel for Harmony).

23. Attached hereto as Exhibit V is exhibit 36 to Hendrickson's deposition.

24. Attached hereto as Exhibit W are exhibits 37 through 39 to Hendrickson's deposition.

25. Attached hereto as Exhibit X is exhibit 41 to Hendrickson's deposition.

26. Attached hereto as Exhibit Y is exhibit 42 to Hendrickson's deposition.

27. Attached hereto as Exhibit Z are true and correct copies from the transcript of Deanne Hechtle's ("Hechtle") deposition, taken in this above-captioned action on June 26, 2012,

along with the exhibits to that deposition referenced in the excerpts (the transcript is redacted, per agreement with counsel for Harmony).

28. Attached hereto as Exhibit AA is exhibit 20 to Hechtle's deposition.

29. Attached hereto as Exhibit BB are true and correct copies from the transcript of Jon Tingey's ("Tingey") deposition, taken in this above-captioned action on August 21, 2012, along with the exhibits to that deposition referenced in the excerpts (the transcript is redacted, per agreement with counsel for Harmony).

30. Attached hereto as Exhibit CC is exhibit 11 to Tingey's deposition.

31. Attached hereto as Exhibit DD is a portion of exhibit 18 to Tingey's deposition.

32. Attached hereto as Exhibit EE are true and correct copies from the transcript of Sarah Hank's ("Sarah") deposition, taken in this above-captioned action on August 20, 2012, along with the exhibits to that deposition referenced in the excerpts (the transcript is redacted, per agreement with counsel for Harmony).

33. Attached hereto as Exhibit FF are exhibits 8 and 9 to Sarah's deposition.

34. Attached hereto as Exhibit GG is exhibit 10 to Sarah's deposition.

35. Attached hereto as Exhibit HH is a portion of exhibit 12 to Sarah's deposition.

36. Attached hereto as Exhibit II is a portion of exhibit 14 to Sarah's deposition.

37. Attached hereto as Exhibit JJ is a portion of exhibit 15 to Sarah's deposition.

38. Attached hereto as Exhibit KK is a portion of exhibit 20 to Sarah's deposition.

39. Attached hereto as Exhibit LL are true and correct copies from the transcript of Jeff Palmer's deposition, taken in this above-captioned action on July 27, 2012 and November 19, 2012, along with the exhibits to that deposition referenced in the excerpts.

DECLARATION OF RYAN T. MCFARLAND IN SUPPORT OF SCENTSY'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 4

40. Attached hereto as Exhibit MM is exhibit 1 to Palmer's November 19, 2012, deposition.

41. Attached hereto as Exhibit NN are true and correct copies from the transcript of Supervalu, Inc.'s Rule 30(b)(6) deposition, taken in this above-captioned action on September 27, 2012, along with the exhibits to that deposition referenced in the excerpts.

42. Attached hereto as Exhibit OO are true and correct copies from the transcript of Walgreens Co.'s deposition, taken in this above-captioned action on November 12, 2012, along with the exhibits to that deposition referenced in the excerpts.

43. Attached hereto as Exhibit PP are true and correct copies of the Scentsy and Harmony warmers at issue in this case. The photographs were taken at the offices of Hawley Troxell Ennis & Hawley LLP (on November 5, 2012, and December 17, 2012) and Scentsy, Inc. (on December 21, 2012) were taken by a Harmony paralegal and a Scentsy or Hawley Troxell paralegal (documents bates numbered with a "HARB" prefix are photographs taken by a Harmony paralegal; documents bates numbered with a "SCEN" prefix are photographs taken by a Scentsy or Hawley Troxell paralegal).

44. Attached hereto as Exhibit QQ is a grid setting forth the Scentsy warmers' trade dress elements, as those elements are incorporated into Harmony's Infringing products. I obtained the images of the Harmony warmers from Harmony's website.

I declare under penalty of perjury that the foregoing is true and correct and was executed within the United States on February 7, 2013.

Ryan T. McFarland

DECLARATION OF RYAN T. MCFARLAND IN SUPPORT OF SCENTSY'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 5

45017.0020.5264845.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2013, I electronically filed the foregoing DECLARATION OF RYAN T. MCFARLAND IN SUPPORT OF SCENTSY'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| John N. Zarian | jzarian@parsonsbehle.com |
| Kennedy K. Luvai | kluvai@parsonsbehle.com |
| | |
| Derek Langton | ECF@parsonbehle.com |
| John E. Delaney | |

_____
Ryan T. McFarland

DECLARATION OF RYAN T. MCFARLAND IN SUPPORT OF SCENTSY'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 6

45017.0020.5264845.1