UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCENTSY, INC., an Idaho corporation,<br><br>    Plaintiff,<br>  v.<br><br>B.R. Chase, LLC., a Utah limited liability company; and HARMONY BRANDS, LLC., a Utah limited liability company,<br><br>    Defendants. | Case No. 1:11-CV-00249-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of Harmony Brands, LLC, and that this case be dismissed in its entirety.

DATED: April 30, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1