UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCENTSY, INC., an Idaho corporation,<br><br>                Plaintiff,<br>  v.<br><br>B.R. Chase, LLC., a Utah limited liability company; and HARMONY BRANDS, LLC., a Utah limited liability company,<br><br>                Defendants. | Case No. 1:11-CV-00249-BLW<br><br>**JUDGMENT** |

      In accordance with the Memorandum Decision and Order entered concurrently herewith,

      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered, and that Plaintiff Scentsy, Inc. pay Defendant Harmony Brands, LLC $396,207.50 in fees and costs.

DATED: August 26, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1