UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCENTSY, INC., an Idaho corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>B.R. CHASE, L.L.C., a Utah limited liability company; and HARMONY BRANDS, LLC, a Utah limited liability company,<br><br>       Defendants. | Case No. 1:11-cv-00249-BLW<br><br>**ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION** |

Having reviewed Scentsy Inc.'s Motion to Approve Supersedeas Bond and Stay Execution (Dkt. 160) and Defendant Harmony Brands, LLC's Non-Opposition (Dkt. 161), and finding good cause,

IT IS ORDERED that the Motion (Dkt. 160) is **GRANTED**. Scentsy's bond is **APPROVED** and execution on the Judgment entered in this matter on August 26, 2013 (Dkt. 156) is stayed pending resolution of Scentsy's appeal of the Judgment.

DATED: September 4, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court